IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL BRANCH,

    Petitioner,

v.                                           4:20cv441–WS/MJF

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

### ORDER DENYING PETITIONER'S PETITION
### FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed March 10, 2022. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the undersigned has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 15) is

adopted and incorporated by reference in this order of the court.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 5), challenging the judgment of conviction and sentence in *State of Florida v. Paul Branch,* Jefferson County Circuit Court Case No. 2019–45 CFA, is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this   25th   day of    April   , 2022.


                                         s/ William Stafford
                                         WILLIAM STAFFORD
                                         SENIOR UNITED STATES DISTRICT JUDGE